JUN 17 2026
FILED - USDC - ND TX

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO: 5:26-CR-010-H-BV-1 |
| | § | |
| ADRIAN JAMES WASHINGTON, III | § | |

## REPORT AND RECOMMENDATION ON PLEA OF GUILTY
## BEFORE UNITED STATES MAGISTRATE JUDGE

The Defendant, by consent and under the authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), appeared with counsel for the purpose of entering a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure. This Report and Recommendation is submitted to the Court under 28 U.S.C. § 636(b)(3).

**This plea was conditioned on a Rule 11(a)(2) agreement, under which Defendant entered a conditional plea of guilty, reserving his right to have the Fifth Circuit review this Court's denial of his Motion to Dismiss Count One of the Indictment filed May 18, 2026, ECF No. 30, and permitting withdrawal of his plea of guilty should he prevail on appeal.** *See* **Fed. R. Crim. P. 11(a)(2).**

Pursuant to that condition, the Defendant was placed under oath and examined in open court concerning the subjects of Rule 11 of the Federal Rules of Criminal Procedure. The defendant was advised regarding each subject and affirmed his/her understanding of each subject. Pursuant to a written plea agreement with the government, the defendant plead guilty to Count One of the Indictment, charging a violation of 18 U.S.C. §§ 922(o)(1), 924(a)(2)—Unlawful Possession of a Machinegun. After

examining Defendant under oath, the undersigned magistrate judge finds the following:

1. Defendant, upon advice of counsel, has consented orally and in writing to enter this guilty plea before a magistrate judge subject to final approval and sentencing by the presiding district judge;

2. Defendant fully understands the nature of the charges, including each essential element of the offense(s) charged, and the associated penalties;

3. Defendant fully understands the terms of the plea agreement and plea agreement supplement;

4. Defendant understands all constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5. Defendant's plea is made freely and voluntarily;

6. Defendant is competent to enter this plea of guilty;

7. There is a factual basis for this plea; and

8. The ends of justice are served by acceptance of Defendant's plea of guilty.

Although I have conducted these proceedings and accepted of Defendant's plea of guilty, the United States district judge has the power to review my actions and possesses final decision-making authority in this proceeding. Thus, if the defendant has any objections to these findings or any other action of the undersigned, he is required to make those known to the United States district judge within fourteen (14) days of today.

Based on the above, I recommend that Defendant's plea of guilty be accepted, that Defendant be adjudged guilty, and that sentence be imposed accordingly, subject to the Court's determination of whether it consents to Defendant's conditional plea. *See* Fed.

R. Crim. P. 11(a)(2) (stating a defendant may enter a conditional plea "[w]ith the consent of the court and the government. . .").

Signed June 17, 2026.

**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**

3